# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF GARRETT TANJI OGATA, BAR NO. 7469

No. 83719

FILED

JAN 28 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER OF REFERRAL TO A DISCIPLINARY BOARD

This is a petition under SCR 111(4) concerning attorney Garrett Tanji Ogata, based on convictions of driving under the influence, a misdemeanor in violation of NRS 484C.110 and NRS 484C.400, and of reckless driving causing substantial bodily harm in violation of NRS 484B.653, a class B felony. Since the filing of the SCR 111(4) petition, however, the district court reduced the felony conviction to a misdemeanor. Considering the two convictions and the screening panel recommendation provided under SCR 111(4), we conclude that a referral to the appropriate disciplinary board is warranted. *See* SCR 111(9) (giving the court discretion to refer an attorney based on a conviction for a crime that is not a "serious crime" as defined by SCR 111(6)). Accordingly, we refer this matter to the

22-02928

Southern Nevada Disciplinary Board for any action it may deem warranted.[1] *See* SCR 111(9).

It is so ORDERED.[2]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Chair, Southern Nevada Disciplinary Board
       Bar Counsel, State Bar of Nevada
       Lipson Neilson P.C.

_____

[1]We note that the screening panel recommendation provided under SCR 111(4) is not binding on any hearing panel convened under SCR 105(2).

[2]We deny Ogata's motion to strike. This constitutes our final disposition of this matter. Any further disciplinary matter involving Ogata shall be docketed as a new matter.